UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF MICHIGAN REGIONAL COUNCIL OF CARPENTERS' EMPLOYEE BENEFITS FUND; TRUSTEES OF MICHIGAN REGIONAL COUNCIL OF CARPENTERS' ANNUITY FUND; TRUSTEES OF CARPENTERS' PENSION TRUST FUND - DETROIT AND VICINITY; AND TRUSTEES OF THE CARPENTERS' VACATION FUND - DETROIT AND VICINITY, THE MICHIGAN REGIONAL COUNCIL OF CARPENTERS, UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA,

  Plaintiffs,

vs.

Case No. 06-14828

Hon. AVERN COHN

ARAIT ENGINEERING GROUP, L.L.C., D.B.A., ARAIT BUILDING CO., L.L.C., a Michigan Limited Liability Company, and REGINALD TURK, an individual, jointly and severally,

  Defendants.

_____/

### ORDER GRANTING PLAINTIFFS' MOTION FOR ENTRY OF A DEFAULT JUDGMENT

THIS MATTER CAME before the Court on Plaintiffs' Motion for the Entry of a Default Judgment.  The Court, being fully advised in the premises, finds that:

  1.  Defendants were served with a copy of the Summons and Complaint on November 13, 2006.

  2.  Defendants have not filed an answer, or taken any such action as may be permitted by law within twenty (20) days of service.

  3.  Defendants are not infants, or incompetent persons, or engaged in the military service.

ACCORDINGLY, IT IS ORDERED THAT Plaintiffs shall have judgment against Defendants, ARAIT ENGINEERING GROUP, L.L.C., D.B.A., ARAIT BUILDING CO., L.L.C., a Michigan Limited Liability Company, and REGINALD TURK, an individual, jointly and severally, in the following amounts against the Defendants:  audit damages in the amount of $130,479.41 for delinquent contributions, which include interest and liquidated damages thereon, any post-audit interest or liquidated damages that may have accrued, costs of the audit, and statutory attorneys fees, all pursuant to 29 U.S.C. 1132(g)(2), upon the filing of a further affidavit concerning same.

IT IS ALSO ORDERED that Defendants shall submit to an audit as to all periods during which contribution reports have not been filed.

IT IS ALSO ORDERED that the Court shall retain jurisdiction of this matter pending satisfaction of this judgment and/or compliance with any additional orders.

Dated:  January 17, 2007

                                                          s/Avern Cohn
                                                          U. S. District Court Judge